Debtor: Donald Paul Smith  
Case Number 2:05-bk-22051  
Period Ended 7 / 31 / 09  
Page 2

## U.S. Trustee Basic Monthly Operating Report

Case Name: __Donald Paul Smith Donald Paul Smith__ Date Filed: August 21, 2009

Case Number: 2:05-bk-22051    SIC Code: _____

Month (or portion) covered by this report: 7/1/09 to 7/31/09

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THIS U.S. TRUSTEE BASIC MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ON BEHALF OF THE CHAPTER 11 DEBTOR AND, TO THE BEST OF MY KNOWLEDGE, THIS REPORT AND RELATED DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

_[signature]_   8-21-09  
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY    DATE REPORT SIGNED

Chapter 11 Trustee - Thomas H. Fluharty  
PRINTED NAME OF RESPONSIBLE PARTY AND POSITION WITH DEBTOR

The debtor is required to provide financial reports prepared by or for the debtor in addition to the information required by this form. The U.S. Trustee may permit the debtor to eliminate duplicative information. No such permission is valid unless in writing.

| QUESTIONNAIRE: | | YES | NO |
|---|---|---|---|
| 1. IS THE BUSINESS STILL OPERATING? | | ☐ | ☒ |
| 2. DID YOU SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | | ☐ | ☒ |
| 3. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | | ☐ | ☒ |
| 4. DID YOU PAY ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | | ☐ | ☒ |
| 5. DID YOU PAY ALL YOUR BILLS ON TIME THIS MONTH? | | ☒ | ☐ |
| 6. DID YOU PAY YOUR EMPLOYEES ON TIME? | N/A | ☐ | ☐ |
| 7. HAVE YOU FILED ALL OF YOUR RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | N/A | ☐ | ☐ |
| 8. DID YOU PAY ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | N/A | ☐ | ☐ |
| 9. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | | ☐ | ☒ |
| 10. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | | ☐ | ☒ |
| 11. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | | ☒ | ☐ |
| 12. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | | ☐ | ☒ |

Debtor: Donald Paul Smith  
Case Number 2:05-bk-22051  
Period Ended 7 / 31 / 09  
Page 3

|  | Yes | No |
|---|---|---|
| 13. DID YOU DEPOSIT ALL MONEY FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | X | ☐ |
| 14. DID THE BUSINESS SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | X |
| 15. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☐ | X |
| 16. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE UST? | X | ☐ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☐ ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

Unknown                    (Exhibit A)

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. [If you use an automated accounting system, please attach a copy of the Income Statement and Balance Sheet.]

Form II attached                    TOTAL INCOME  $216.59

(Exhibit B)

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS PAID THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. [If you use an automated accounting system, please attach a copy of the Disbursements Journal, otherwise attach a copy of the check register.]

TOTAL EXPENSES $1325.00

Form II attached  
(Exhibit C)

## CASH PROFIT

INCOME FOR THE MONTH (TOTAL FROM EXHIBIT B)

EXPENSES FOR THE MONTH (TOTAL FROM EXHIBIT C)  
(Subtract The Total from Exhibit C from the Total of Exhibit B)

CASH PROFIT FOR THE MONTH  -0-

Debtor: Donald Paul Smith                Case Number 2:05-bk-22051
                                         Period Ended 7 / 31 / 09
                                         **Page 4**

### UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE.

TOTAL PAYABLES  -0-

*(Exhibit D)*

### MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE.

TOTAL RECEIVABLES  -0-

*(EXHIBIT E)*

### BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT. **Please redact all but the last four digits of any account numbers which appear on the statements including any attachments thereto.**

### EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?                              -0-

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?                -0-

### PROFESSIONAL FEES

TOTAL PROFESSIONAL FEES APPROVED BY THE COURT DURING THIS REPORTING PERIOD?    -0-

TOTAL PROFESSIONAL FEES APPROVED BY THE COURT SINCE THE FILING OF THE CASE?    -0-

TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR DURING THIS REPORTING PERIOD?    -0-

TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR SINCE THE FILING OF THE CASE?    -0-

Debtor: Donald Paul Smith  Case Number 2:05-bk-22051
Period Ended 7 / 31 / 09
**Page 5**

PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR RELATED TO BANKRUPTCY   —0—
DURING THIS REPORTING PERIOD?

PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR RELATED TO BANKRUPTCY   —0—
SINCE THE FILING OF THE CASE?

PROJECTIONS

COMPARE YOUR ACTUAL INCOME, EXPENSES AND THE CASH PROFIT TO THE PROJECTIONS FOR
THE FIRST 180-DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

| | |
|---|---|
| PROJECTED INCOME FOR THE MONTH: | —0— |
| ACTUAL INCOME FOR THE MONTH (EXHIBIT B): | $ 216.59 |
| DIFFERENCE BETWEEN PROJECTED AND ACTUAL INCOME: | $ 216.59 |
| PROJECTED EXPENSES FOR THE MONTH: | —0— |
| TOTAL ACTUAL EXPENSES FOR THE MONTH (EXHIBIT C): | $1,325.00 |
| DIFFERENCE BETWEEN PROJECTED AND ACTUAL EXPENSES: | $1,325.00 |
| PROJECTED CASH PROFIT FOR THE MONTH: | —0— |
| ACTUAL CASH PROFIT FOR THE MONTH (TOTAL FROM EXHIBIT B MINUS TOTAL FROM EXHIBIT C) | —0— |
| DIFFERENCE BETWEEN PROJECTED AND ACTUAL CASH PROFIT: | —0— |

[If actual cash profit was 90% or less of projected cash profit,
please attach a detailed written explanation.]

Debtor: Donald Paul Smith
Case Number 2:05-bk-22051
Period Ended 7 / 31 / 09
**Page 6**

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case Number:** 05-22051 RP | **Trustee:** Thomas H. Fluharty, Trustee (680231) |
| **Case Name:** Smith, Donald Paul | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** ***-*****46-19 - Time Deposit Account |
| **Taxpayer ID #:** 38-6860776 | **Blanket Bond:** $2,000,000.00 (per case limit) |
| **Period Ending:** 08/20/09 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/04/08 | | FUNDING ACCOUNT: ********4665 | | 9999-000 | 100,000.00 | | 100,000.00 |
| 02/03/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 112.25 | | 100,112.25 |
| 03/05/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 12.35 | | 100,124.60 |
| 04/06/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 13.17 | | 100,137.77 |
| 05/06/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 12.34 | | 100,150.11 |
| 06/05/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 12.35 | | 100,162.46 |
| 07/06/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 12.76 | | 100,175.22 |
| 08/05/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 12.35 | | 100,187.57 |
| | | | **ACCOUNT TOTALS** | | 100,187.57 | 0.00 | $100,187.57 |
| | | | Less: Bank Transfers | | 100,000.00 | 0.00 | |
| | | | **Subtotal** | | 187.57 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$187.57** | **$0.00** | |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 08/20/2009 03:15 PM　　V.11.21

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 05-22051 RP
**Case Name:** Smith, Donald Paul

**Taxpayer ID #:** 38-6860776
**Period Ending:** 08/20/09

**Trustee:** Thomas H. Fluharty, Trustee (680231)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** \*\*\*-\*\*\*\*\*46-65 - Money Market Account
**Blanket Bond:** $2,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/15/08 | {9} | Joseph Caldwell, Esquire | funds from: Carl E. Smith, Inc. | 1129-000 | 120,000.00 | | 120,000.00 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 6.88 | | 120,006.88 |
| 10/28/08 | 1001 | International Sureties, LTD | Ch 11 trustee bond payment | 2300-000 | | 1,000.00 | 119,006.88 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 13.08 | | 119,019.96 |
| 11/04/08 | | ACCOUNT FUNDED: \*\*\*\*\*\*\*\*4619 | | 9999-000 | | 100,000.00 | 19,019.96 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 2.48 | | 19,022.44 |
| 12/18/08 | 1002 | Office of the U.S. Trustee | Chapter 11 quarterly fees | 6990-000 | | 650.00 | 18,372.44 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.34 | | 18,373.78 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.74 | | 18,374.52 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.69 | | 18,375.21 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.79 | | 18,376.00 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.74 | | 18,376.74 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.72 | | 18,377.46 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.79 | | 18,378.25 |
| 07/30/09 | 1003 | International Sureties, LTD | Ch 11 Trustee Bond | 2300-000 | | 1,000.00 | 17,378.25 |
| 07/30/09 | 1004 | Office of the U.S. Trustee | Ch 11 Quarterly Fees; acct #252-05-22051 | 2950-000 | | 325.00 | 17,053.25 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.77 | | 17,054.02 |

Subtotals: $120,029.02    $102,975.00

{} Asset reference(s)

Printed: 08/20/2009 03:15 PM    V.11.21

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-22051 RP |
|---|---|
| Case Name: | Smith, Donald Paul |
| Taxpayer ID #: | 38-6860776 |
| Period Ending: | 08/20/09 |

| | | |
|---|---|---|
| Trustee: | Thomas H. Fluharty, Trustee (680231) | |
| Bank Name: | JPMORGAN CHASE BANK, N.A. | |
| Account: | ***-*****46-65 - Money Market Account | |
| Blanket Bond: | $2,000,000.00 (per case limit) | |
| Separate Bond: | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |

| | | | | Receipts | Disbursements | Money Market Account Balance |
|---|---|---|---|---|---|---|
| ACCOUNT TOTALS | | | | 120,029.02 | 102,975.00 | $17,054.02 |
| Less: Bank Transfers | | | | 0.00 | 100,000.00 | |
| Subtotal | | | | 120,029.02 | 2,975.00 | |
| Less: Payments to Debtors | | | | | 0.00 | |
| NET Receipts / Disbursements | | | | $120,029.02 | $2,975.00 | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| CD # ***-*****46-19 | 187.57 | 0.00 | 100,187.57 |
| MMA # ***-*****46-65 | 120,029.02 | 2,975.00 | 17,054.02 |
| | $120,216.59 | $2,975.00 | $117,241.59 |

 **bms**

Thursday, August 20, 2009

Go to BMS

| Account Summary | Account Detail | Transactions | Balance History | Reports |

**Account Detail (as of 8/19/2009):**

| | | | | |
|---|---|---|---|---|
| Trustee: | Thomas Fluharty | Trustee Number: | 680231 | |
| Account: | 312197534665 | Available Balance: | $17,054.02 | |
| Type: | MMA | Book Balance: | $17,054.02 | |
| Case #: | 05-22051 | Accrued Interest: | $0.46 | |
| Case Name: | SMITH DONALD PAUL | Interest Rate: | 0.05 % | |
| Opened: | 9/15/2008 | ☐ Negotiated | | |
| Closed: | | | | |

**Select a Trustee / Account**

Trustee: - Select Trustee -
Account: - Select Accounts -
OR
Account: 
Try Advanced Search  Find

Go to:
Transactions(312197534665)
Balance History(312197534665)
Account Summary

The information contained on this screen is provided as a resource by BMS, Inc. and should not be considered an official statement of any bank account. For an official statement, contact JPMorgan Chase Bank, N.A., at (800)634-5273.

Copyright 2004 BMS, Inc All Rights Reserved.



Thursday, August 20, 2009

Go to BMS

Account Summary | Account Detail | Transactions | Balance History | Reports

## Account Detail (as of 8/19/2009):

| | | | | |
|---|---|---|---|---|
| Trustee: | **Thomas Fluharty** | Trustee Number: | **680231** | |
| Account: | **312197534619** | Available Balance: | **$100,187.57** | |
| Type: | **CD** | Book Balance: | **$100,187.57** | |
| Case #: | **05-22051** | Accrued Interest: | **$6.17** | |
| Case Name: | **SMITH DONALD PAUL** | Interest Rate: | **0.15 %** | |
| Opened: | **11/4/2008** | ☐ Negotiated | | |
| Closed: | | | | |

**Select a Trustee / Account**

Trustee: [- Select Trustee -]
Account: [- Select Accounts -]
OR
Account [            ]

Try Advanced Search  [Find]

Go to:
Transactions(312197534619)
Balance History(312197534619)
Account Summary

The information contained on this screen is provided as a resource by BMS, Inc. and should not be considered an official statement of any bank account. For an official statement, contact JPMorgan Chase Bank, N.A., at (800)634-5273.

Copyright 2004 BMS, Inc All Rights Reserved.